# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TIARA THOMAS,

    Plaintiff,

v.

                                Case No. 23-10003

                                HON. DENISE PAGE HOOD

USAA FEDERAL SAVINGS BANK,

    Defendant.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on May 5, 2023, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 5th day of May, 2023.

                                                KINIKIA D. ESSIX
                                               CLERK OF THE COURT

                                               BY: s/LaShawn Saulsberry

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE